IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. CRANSTON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PJM INTERCONNECTION LLC, et al. | : | NO.  13-04916 |

## ORDER

**AND NOW**, this 31st day of October, 2014, having considered the parties' cross-motions for summary judgment (ECF Doc. Nos. 22, 23, 24, 25), and all responses and replies thereto (ECF Doc. Nos. 26, 27, 28, 29) and having held oral argument, it is hereby **ORDERED** that Plaintiff's Motion (ECF Doc. No. 22) is **DENIED** and Defendants' Motion is **GRANTED.**  The Clerk shall mark this case as closed.

BY THE COURT:


 /s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE